# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Christopher Y. Sodom

*Plaintiff(s)*

v.

Walmart Super Center

*Defendant(s)*

Civil Action No. 1:23-cv-92

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☒ Other

other: The Court ADOPTS the R&R [ECF No. 35] and GRANTS Defendant's Motion for Summary Judgment [ECF No. 18]. Plaintiff's Complaint [ECF No. 1-1] is DISMISSED WITH PREJUDICE. This action is thus STRICKEN from the Court's active docket and the Clerk is DIRECTED to enter judgment in favor of Walmart Super Center. Any pending motions, deadlines, or hearings are hereby TERMINATED.

This action was:

☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge Thomas S. Kleeh

Date: October 4, 2024

*CLERK OF COURT*
Cheryl Dean Riley

J. Barr

*Signature of Clerk or Deputy Clerk*